B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>District of Idaho | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chaney, Gregory Dallas** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6033** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**11968 Colonial**<br>**Caldwell, ID**<br><br>ZIP Code **83605** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Canyon** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)

Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Chaney, Gregory Dallas** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Idaho** | Case Number:<br>**03-04103** | Date Filed:<br>**11/10/03** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  <b>/s/ Brian DeFriez</b>       <b>June 20, 2012</b><br>  Signature of Attorney for Debtor(s)     (Date)<br>  <b>Brian DeFriez 8113</b></td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)                                                                                                    Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Chaney, Gregory Dallas** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Gregory Dallas Chaney**
Signature of Debtor **Gregory Dallas Chaney**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June 20, 2012**
Date

### Signature of Attorney*

**X  /s/ Brian DeFriez**
Signature of Attorney for Debtor(s)

**Brian DeFriez 8113**
Printed Name of Attorney for Debtor(s)

**Idaho Law Group, LLP**
Firm Name

**1006 W Sanetta Street**
**Nampa, ID 83651**

_____
Address

**Email: kendra@idaholawgroup.com**
**(208) 475-1676  Fax: (208) 899-4954**
Telephone Number

**June 20, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### District of Idaho

In re   __Gregory Dallas Chaney_____   Case No. _____
                                    Debtor(s)              Chapter    __7_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                 Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Gregory Dallas Chaney**

                             **Gregory Dallas Chaney**

Date:   **June 20, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Idaho

In re   **Gregory Dallas Chaney** _____,   Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 17,365.14 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 2,723.96 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 45 | | 132,216.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,190.00 |
| Total Number of Sheets of ALL Schedules | | 59 | | | |
| Total Assets | | | 17,365.14 | | |
| Total Liabilities | | | | 134,940.15 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### District of Idaho

In re    **Gregory Dallas Chaney**
_____,
     Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 1,187.96 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 6,940.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 8,127.96 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 0.00 |
| Average Expenses (from Schedule J, Line 18) | 2,190.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,678.21 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 1,069.96 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 1,654.00 |
| 4. Total from Schedule F | | 132,216.19 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 133,870.19 |

B6A (Official Form 6A) (12/07)

In re   **Gregory Dallas Chaney**
                                                                                      ,         Case No. _____
                                       Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Gregory Dallas Chaney**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | - | 12.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account:** **Pioneer Federal CU** | - | 20.00 |
| | | | **Savings Account** **Pioneer Federal** | - | 233.30 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods & Furnishings** | C | 1,000.00 |
| | | | **Electronics** | C | 200.00 |
| | | | **Computer** | C | 100.00 |
| | | | **appliances** | C | 150.00 |
| | | | **DVDs** | C | 150.00 |
| | | | **bedroom furniture** | - | 1,000.00 |
| | | | **dressers for kids** | - | 400.00 |
| | | | **dining room table** | - | 200.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **CDs** | C | 50.00 |
| 6. | Wearing apparel. | | **Children's Clothing** | C | 100.00 |
| | | | **Men's Clothing** | C | 400.00 |
| 7. | Furs and jewelry. | | **Misc. Men's Jewelry (costume)** | - | 100.00 |

|  | Sub-Total >  | 4,115.30 |
|---|---|---|
|  | (Total of this page) | |

_3_   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Gregory Dallas Chaney** _____ , Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401k | C | 11,749.84 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Pending Income | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >   11,749.84
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Gregory Dallas Chaney**                                    ,         Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Suburban** | **C** | **1,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >      **1,500.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Gregory Dallas Chaney**                                                    ,        Case No. _____
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  (Total of this page) | 0.00 |
|---|---|---|
|  | Total > | 17,365.14 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                  Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re   **Gregory Dallas Chaney**                  ,         Case No. _____
                                Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                       $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                             *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on Hand** | **Idaho Code § 11-605(11)** | **12.00** | **12.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account:** | **Idaho Code § 11-207** | **75%** | **20.00** |
| **Pioneer Federal CU** | | | |
| **Savings Account** | **Idaho Code § 11-207** | **75%** | **233.30** |
| **Pioneer Federal** | | | |
| **Household Goods and Furnishings** | | | |
| **Household Goods & Furnishings** | **Idaho Code § 11-605(1)(a)** | **1,000.00** | **1,000.00** |
| **Electronics** | **Idaho Code § 11-605(1)(a)** | **200.00** | **200.00** |
| **Computer** | **Idaho Code § 11-605(1)(a)** | **100.00** | **100.00** |
| **appliances** | **Idaho Code § 11-605(1)(a)** | **150.00** | **150.00** |
| **DVDs** | **Idaho Code § 11-605(1)(a)** | **150.00** | **150.00** |
| **bedroom furniture** | **Idaho Code § 11-605(1)(a)** | **1,000.00** | **1,000.00** |
| **dressers for kids** | **Idaho Code § 11-605(1)(a)** | **400.00** | **400.00** |
| **dining room table** | **Idaho Code § 11-605(1)(a)** | **200.00** | **200.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **CDs** | **Idaho Code § 11-605(1)(b)** | **50.00** | **50.00** |
| **Wearing Apparel** | | | |
| **Children's Clothing** | **Idaho Code § 11-605(1)(b)** | **100.00** | **100.00** |
| **Men's Clothing** | **Idaho Code § 11-605(1)(b)** | **400.00** | **400.00** |
| **Furs and Jewelry** | | | |
| **Misc. Men's Jewelry (costume)** | **Idaho Code § 11-605(2)** | **100.00** | **100.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401k** | **Idaho Code §§ 55-1011, 11-604A** | **11,749.84** | **11,749.84** |
| **Accounts Receivable** | | | |
| **Pending Income** | **Idaho Code § 11-605(12)** | **1,500.00** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1998 Suburban** | **Idaho Code § 11-605(3)** | **7,000.00** | **1,500.00** |
| | Total: | **24,301.82** | **17,365.14** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  __Gregory Dallas Chaney_____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0___ continuation sheets attached

Subtotal
(Total of this page)

Total    **0.00**    **0.00**
(Report on Summary of Schedules)

B6E (Official Form 6E) (4/10)

.

In re    **Gregory Dallas Chaney**                                                                      Case No. _____
                                                                          ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

■ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**      continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Gregory Dallas Chaney**                                          ,     Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Extensions of credit in an involuntary case

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6033** <br><br> **Marine Corp Finance Ct** <br> **1500 E Bannister Rd** <br> **Kansas City, MO 64131** | H | | **Opened 4/01/09 Last Active 6/01/10** <br><br> **GovernmentOverpayment** | | | | 1,536.00 | 1,536.00 <br><br> 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **1**  of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    1,536.00          1,536.00          0.00

B6E (Official Form 6E) (4/10) - Cont.

In re __Gregory Dallas Chaney_____,   Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | Court Fines | | | | | 0.00 | |
| Canyon County 1115 Albany Street Caldwell, ID 83605 | C | | | | | | | | 564.48 | | 564.48 |
| Account No. | | | | | Court Fines | | | | | 0.00 | |
| Canyon County 1115 Albany Street Caldwell, ID 83605 | C | | | | | | | | 205.28 | | 205.28 |
| Account No. | | | | | Court Fines | | | | | 0.00 | |
| Canyon County 1115 Albany Street Caldwell, ID 83605 | C | | | | | | | | 38.19 | | 38.19 |
| Account No. **xxxxx1-000** | | | | | | | | | | 0.00 | |
| City of Nampa 224 11th Avenue South Nampa, ID 83651 | C | | | | | | | | 262.01 | | 262.01 |
| Account No. **xxx1980** | | | | | Opened 12/01/07 GovernmentMiscellaneousDebt | | | | | 118.00 | |
| City Of San Diego 1010 2nd Ave Ste 666 San Diego, CA 92101 | C | | | | | | | | 118.00 | | 0.00 |

| | | |
|---|---|---|
| Sheet __2____ of __2____ continuation sheets attached to | Subtotal | 118.00 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page)   1,187.96 | 1,069.96 |
| | Total | 1,654.00 |
| | (Report on Summary of Schedules)   2,723.96 | 1,069.96 |

B6F (Official Form 6F) (12/07)

In re **Gregory Dallas Chaney** _____,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx6529**<br><br>**Action Collection Svc**<br>**1325 S Vista Ave**<br>**Boise, ID 83705** | C | | | **Opened  6/01/10**<br>**CollectionAttorney Gem State Radiology** | | | | 1,120.00 |
| Account No. **xxx4802**<br><br>**Action Collection Svc**<br>**1325 S Vista Ave**<br>**Boise, ID 83705** | C | | | **Opened  5/01/09**<br>**CollectionAttorney Neighborhood Housing** | | | | 1,055.00 |
| Account No. **xxx7784**<br><br>**Action Collection Svc**<br>**1325 S Vista Ave**<br>**Boise, ID 83705** | H | | | **Opened 12/01/08**<br>**CollectionAttorney Boise State University** | | | | 750.00 |
| Account No. **xxx1977**<br><br>**Action Collection Svc**<br>**1325 S Vista Ave**<br>**Boise, ID 83705** | C | | | **Opened  5/01/10**<br>**CollectionAttorney Boise Pathology Group** | | | | 212.00 |

__44__  continuation sheets attached

Subtotal
(Total of this page)                                                                                      3,137.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory Dallas Chaney**                                    ,           Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1221**<br><br>**Action Collection Svc**<br>**1325 S Vista Ave**<br>**Boise, ID 83705** | C | | Opened 8/01/08 Last Active 4/14/09 CollectionAttorney Pierce Park Academy | | | | 0.00 |
| Account No. **xxxxxxxxxxx3301**<br><br>**Albert Coleg**<br>**2112 Cleveland Blvd**<br>**Caldwell, ID 83605** | H | | Opened 11/01/99 Last Active 3/01/02 Educational | | | | 0.00 |
| Account No. **xxxxxxxxxxxx9400**<br><br>**Applied Bank**<br>**PO Box 17120**<br>**Wilmington, DE 19886** | C | | Credit Card Purchases | | | | 2,123.28 |
| Account No. **xxxxxxxxxxxx9407**<br><br>**Applied Card Bank**<br>**Attention: General Inquiries**<br>**Po Box 17125**<br>**Wilmington, DE 19850** | H | | Opened 2/01/06 Last Active 6/01/07 CreditCard | | | | 2,123.00 |
| Account No. **xxxxxxxxxxxx8286**<br><br>**Applied Card Bank**<br>**Attention: General Inquiries**<br>**Po Box 17125**<br>**Wilmington, DE 19850** | H | | Opened 2/01/06 Last Active 4/22/07 CreditCard | | | | 0.00 |

Sheet no. __1___ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **4,246.28**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory Dallas Chaney**                                            ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx8101**<br><br>**AT&T**<br>**32 Avenue of the Americans**<br>**New York, NY 10013** | C | | Service Fees | | | | 537.28 |
| Account No. **xxxxxxxxx1333**<br><br>**Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-99**<br>**Po Box 26012**<br>**Greensboro, NC 27420** | C | | Opened  8/16/01  Last Active  5/14/04<br>Automobile | | | | 0.00 |
| Account No. **xxx7784**<br><br>**Boise Radiology Group**<br>**190 E Bannock St**<br>**Boise, ID 83712** | C | | Medical Bill | | | | 51.73 |
| Account No. **xxx1876**<br><br>**Bonneville Billing**<br>**1186 E 4600 S Ste 100**<br>**Ogden, UT 84403** | C | | Opened 10/01/10<br>CollectionAttorney Interpath Laboratory | | | | 892.00 |
| Account No. **xxx6303**<br><br>**Bonneville Billing**<br>**1186 E 4600 S Ste 100**<br>**Ogden, UT 84403** | C | | Opened  9/01/10<br>CollectionAttorney James M Herrold Md | | | | 611.00 |

Sheet no. __2__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,092.01

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory Dallas Chaney**                                    Case No. _____
                                                        ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4297**<br><br>Bonneville Billing<br>1186 E 4600 S Ste 100<br>Ogden, UT 84403 | C | | Opened 12/01/08<br>ReturnedCheck Winco Foods #48 | | | | 556.00 |
| Account No. **xxx5966**<br><br>Bonneville Billing<br>1186 E 4600 S Ste 100<br>Ogden, UT 84403 | C | | Opened 9/01/09<br>CollectionAttorney Ada County Emergency Service | | | | 543.00 |
| Account No. **xxx5179**<br><br>Bonneville Billing<br>1186 E 4600 S Ste 100<br>Ogden, UT 84403 | C | | Opened 12/01/08<br>ReturnedCheck Honk S | | | | 514.00 |
| Account No. **xxx4256**<br><br>Bonneville Billing<br>1186 E 4600 S Ste 100<br>Ogden, UT 84403 | C | | Opened 7/01/09<br>CollectionAttorney Ada County Emergency Service | | | | 486.00 |
| Account No. **xxx4257**<br><br>Bonneville Billing<br>1186 E 4600 S Ste 100<br>Ogden, UT 84403 | C | | Opened 7/01/09<br>CollectionAttorney Ada County Emergency Service | | | | 460.00 |

Sheet no. __3___ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **2,559.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory Dallas Chaney**                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5964** <br><br> **Bonneville Billing** <br> **1186 E 4600 S Ste 100** <br> **Ogden, UT 84403** | C | | Opened 9/01/09 <br> CollectionAttorney Ada County Emergency Service | | | | 456.00 |
| Account No. **xxx0812** <br><br> **Bonneville Billing** <br> **1186 E 4600 S Ste 100** <br> **Ogden, UT 84403** | C | | Opened 12/01/08 <br> ReturnedCheck Outback Steakhouse | | | | 327.00 |
| Account No. **xxx9053** <br><br> **Bonneville Billing** <br> **1186 E 4600 S Ste 100** <br> **Ogden, UT 84403** | C | | Opened 7/01/10 <br> CollectionAttorney Idaho Elks Rehab Hospital | | | | 318.00 |
| Account No. **xxx4291** <br><br> **Bonneville Billing** <br> **1186 E 4600 S Ste 100** <br> **Ogden, UT 84403** | C | | ReturnedCheck Winco Foods #48 | | | | 317.00 |
| Account No. **xxx8730** <br><br> **Bonneville Billing** <br> **1186 E 4600 S Ste 100** <br> **Ogden, UT 84403** | H | | Opened 7/01/09 <br> CollectionAttorney West Valley Er Physicians Pa | | | | 297.00 |

Sheet no. __4__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,715.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory Dallas Chaney**                                        ,        Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2975**<br><br>**Bonneville Billing**<br>**1186 E 4600 S Ste 100**<br>**Ogden, UT 84403** | | C | Opened 10/01/08<br>ReturnedCheck Honk S | | | | 235.00 |
| Account No. **xxx5635**<br><br>**Bonneville Billing**<br>**1186 E 4600 S Ste 100**<br>**Ogden, UT 84403** | | C | Opened  4/01/09<br>CollectionAttorney James D Redshaw Phd Md | | | | 204.00 |
| Account No. **xxx5175**<br><br>**Bonneville Billing**<br>**1186 E 4600 S Ste 100**<br>**Ogden, UT 84403** | | C | Opened 12/01/08<br>ReturnedCheck Honk S | | | | 128.00 |
| Account No. **xxx1716**<br><br>**Bonneville Billing**<br>**1186 E 4600 S Ste 100**<br>**Ogden, UT 84403** | | H | Opened 10/01/10<br>CollectionAttorney Idaho Elks Rehab Hospital | | | | 103.00 |
| Account No. **xxx4651**<br><br>**Calvary Portfolio Services**<br>**Attention:  Bankruptcy Department**<br>**Po Box 1017**<br>**Hawthorne, NY 10532** | | C | Opened  3/01/06<br>CollectionAttorney At T | | | | 537.00 |

Sheet no.  **5**  of  **44**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,207.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory Dallas Chaney**                              ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx1615**<br><br>**Canyon Financial of Caldwell**<br>**823 Specht Ave. Ste C**<br>**Caldwell, ID 83605** | C | | | **08/2010**<br>**1997 Gold Infiniti; 1997 Suburban (repos)** | | | | 6,000.00 |
| Account No. **xxxxxxxxxxxx1001**<br><br>**Capital One Auto Finance**<br>**3901 N Dallas Pkwy**<br>**Plano, TX 75093** | C | | | **Opened  1/01/06  Last Active  7/02/08**<br>**Automobile** | | | | 0.00 |
| Account No. **xx4506**<br><br>**Cbp Affiliated Service**<br>**1246 Yellowstone Ave Ste**<br>**Pocatello, ID 83201** | C | | | **Opened 12/01/09**<br>**CollectionAttorney Mercy Medical Center** | | | | 920.00 |
| Account No. **xx0224**<br><br>**Cbp Affiliated Service**<br>**1246 Yellowstone Ave Ste**<br>**Pocatello, ID 83201** | C | | | **Opened  1/01/10**<br>**CollectionAttorney Mercy Medical Center** | | | | 450.00 |
| Account No. **xxxxxx0154**<br><br>**CBP Affiliated Services**<br>**Collection Dept**<br>**PO Box 45419**<br>**Boise, ID 83711** | - | | | **Collection Account (St Alphonsus)** | | | | 672.58 |

Sheet no. __6___ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,042.58

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory Dallas Chaney** _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7181**  <br><br> Cdi Affiliated Service <br> 1451 N Hartman St <br> Boise, ID 83704 | C | | Opened  1/01/09 <br> CollectionAttorney Canyon County Ambulance | | | | 636.00 |
| Account No. **xxx7256**  <br><br> Cdi Affiliated Service <br> 1451 N Hartman St <br> Boise, ID 83704 | C | | Opened  1/01/09 <br> CollectionAttorney Canyon County Ambulance | | | | 532.00 |
| Account No. **xxx3488**  <br><br> Cdi Affiliated Service <br> 1451 N Hartman St <br> Boise, ID 83704 | C | | Opened  4/01/09 <br> ReturnedCheck Kroger Fred Meyer | | | | 263.00 |
| Account No. **xxx3487**  <br><br> Cdi Affiliated Service <br> 1451 N Hartman St <br> Boise, ID 83704 | C | | Opened  4/01/09 <br> ReturnedCheck Kroger Fred Meyer | | | | 255.00 |
| Account No. **xxx8073**  <br><br> Cdi Affiliated Service <br> 1451 N Hartman St <br> Boise, ID 83704 | H | | Opened  1/01/08 <br> CollectionAttorney United Water Idaho | | | | 0.00 |

Sheet no. __7__ of __44__ sheets attached to Schedule of     Subtotal                1,686.00
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory Dallas Chaney**                                    ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx1016**<br><br>**Chela**<br>**Attn: Bankruptcy**<br>**Po Box 9500**<br>**Wilkes-Barre, PA 18773** | | H | **Opened  3/01/00  Last Active  4/01/02**<br>**Educational** | | | | 0.00 |
| Account No. **xxxxxxxxx101F**<br><br>**Chela**<br>**Attn: Bankruptcy**<br>**Po Box 9500**<br>**Wilkes-Barre, PA 18773** | | H | **Opened  3/01/00  Last Active  3/01/02**<br>**Educational** | | | | 0.00 |
| Account No. **xxxxxxxxxxxx0473**<br><br>**Coll Bur Inc**<br>**Pob 846**<br>**Nampa, ID 83653** | | H | **Winco 11 Nampa** | | | | 273.00 |
| Account No. **xxxxxxxxxxxxx7941**<br><br>**Coll Bur Inc**<br>**Pob 846**<br>**Nampa, ID 83653** | | C | **Winco 11 Nampa** | | | | 115.00 |
| Account No. **xxxxxxxxxxxx8877**<br><br>**Coll Bur Inc**<br>**Pob 846**<br>**Nampa, ID 83653** | | C | **Last Active  4/13/09**<br>**Gem Stop Company Cks** | | | | 0.00 |

Sheet no. __8__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                388.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory Dallas Chaney**                                          ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1168**<br><br>**Continental**<br>**Attn: Recovery**<br>**652 Bush River Rd**<br>**Columbia, SC 29210** | | H | Opened 9/30/09 Last Active 9/30/09<br>Unsecured | | | | 511.00 |
| Account No. **xxxx1789**<br><br>**Credit Management**<br>**4200 International Pwy**<br>**Carrolton, TX 75007** | | H | Opened 7/01/07<br>CollectionAttorney Cable One  Formerly At T | | | | 100.00 |
| Account No. **xxx8407**<br><br>**Dept Of Health&welfare**<br>**450 W State St**<br>**Boise, ID 83702** | | H | Opened 4/01/09 Last Active 4/01/11<br>FamilySupport | | | | 0.00 |
| Account No. **xx2702**<br><br>**Digestive Health Clinic and**<br>**Endoscopy Center**<br>**6259 W. Emerald Street**<br>**Boise, ID 83704** | | C | 06/04/2009<br>Medical Bill | | | | 1,162.00 |
| Account No. **xxxx5316**<br><br>**Enhanced Recovery Co L**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | C | Opened 5/01/10<br>CollectionAttorney Sprint | | | | 663.00 |

Sheet no. __9__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,436.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory Dallas Chaney**                                  ,   Case No. _____
                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx0178** | | | | Insurance | | | | |
| **Farmer's Insurance Group** **23175 Bennett Street** **Hillsboro, OR 97124** | C | | | | | | | 131.83 |
| Account No. **xxxxxxxxxxxx4553** | | | | Opened 10/01/07  Last Active 10/08/07 CreditCard | | | | |
| **First Bk Of De/contine** **1608 Walnut Street** **Philadelphia, PA 19103** | C | | | | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx5285** | | | | Opened 4/01/06  Last Active 3/01/07 CreditCard | | | | |
| **First Premier Bank** **601 S Minnesota Ave** **Sioux Falls, SD 57104** | C | | | | | | | 0.00 |
| Account No. **xxxxxxxxxxxx4593** | | | | Opened 10/08/04  Last Active 8/12/07 CreditCard | | | | |
| **Fst Premier** **3820 N Louise Ave** **Sioux Falls, SD 57107** | C | | | | | | | 719.00 |
| Account No. | | | | | | | | |
| **Gateway Crossing Apartments** **211 N Gateway St** **Nampa, ID 83687** | C | | | | | | | 1,278.23 |

Sheet no. __10__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,129.06

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory Dallas Chaney**                                          ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx0759** <br><br> **Gem State Radiology** <br> **PO Box 9649** <br> **Boise, ID 83707** | C | | | **07/28/2010** <br> **Medical Blll** | | | | 31.90 |
| Account No. **xxxxx9681** <br><br> **Gem State Radiology** <br> **PO Box 9649** <br> **Boise, ID 83707** | C | | | **01/14/2011** <br> **Medical Bill** | | | | 67.32 |
| Account No. **xxx2028** <br><br> **Gem State Radiology** <br> **PO Box 9649** <br> **Boise, ID 83707** | C | | | **Medical Bill** | | | | 16.63 |
| Account No. **xxxxxxxx6675** <br><br> **Gemb/care Credit** <br> **Attn: Bankruptcy** <br> **Po Box 103106** <br> **Roswell, GA 30076** | C | | | **Opened 1/01/06 Last Active 5/01/06** <br> **ChargeAccount** | | | | 0.00 |
| Account No. **xxxx7037** <br><br> **General Revenue Corp** <br> **11501 Northlake Dr** <br> **Cincinnati, OH 45249** | C | | | **Opened 10/01/09** <br> **CollectionAttorney Boise State University** | | | | 1,669.00 |

Sheet no. __11__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,784.85

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory Dallas Chaney** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | 09/2007 Service Fees | | | | |
| Hammond Law 811 E Chicago St Caldwell, ID 83605 | | | | | | | | 1,200.00 |
| Account No. xxxxxxxxxxxx9380 | | H | | Opened 5/24/06 Last Active 4/25/07 CreditCard | | | | |
| HSBC Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | | | | 0.00 |
| Account No. xxxxxxxxxxxx4381 | | H | | Opened 5/24/06 Last Active 6/05/07 CreditCard | | | | |
| Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | | | | 1,051.49 |
| Account No. xxxx8770 | | C | | Opened 5/01/10 CollectionAttorney Intermountain Healthcare | | | | |
| Ic Systems Inc Po Box 64378 Saint Paul, MN 55164 | | | | | | | | 441.00 |
| Account No. x3228 | | C | | 04/23/2011 2001 Ford Mustang | | | | |
| Idaho Auto Center 4520 E. Cleveland Blvd Caldwell, ID 83605 | | | | | | | | 5,000.00 |

Sheet no. __12__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     7,692.49

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory Dallas Chaney** ,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1047**<br><br>**Idaho Elks Rehabilitation**<br>PO Box 990003<br>AR 72799 | C | | 06/28/2010<br>Medical Bill | | | | 99.72 |
| Account No. **xxxxxx3104**<br><br>**Idaho Emergency Physicians**<br>PO Box 4008<br>Boise, ID 83711 | C | | 07/16/2010<br>Medical Bill | | | | 352.00 |
| Account No. **xxxxxxx9147**<br><br>**Idaho Emergency Physicians**<br>PO Box 4008<br>Boise, ID 83711 | C | | 03/20/2009<br>Medical Bill | | | | 336.98 |
| Account No. **xxxxxx9195**<br><br>**Idaho Emergency Physicians**<br>PO Box 4008<br>Boise, ID 83711 | C | | 05/18/2009<br>Medical Bill | | | | 225.33 |
| Account No. **xxxxxx2597**<br><br>**Idaho Emergency Physicians**<br>PO Box 4008<br>Boise, ID 83711 | C | | 04/26/2009<br>Medical Bill | | | | 338.98 |

Sheet no. __13__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   1,353.01

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory Dallas Chaney**                                    ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx6193** Idaho Emergency Physicians PO Box 4008 Boise, ID 83711 | C | | | 08/16/2010 Medical Bill | | | | 222.00 |
| Account No. **xxxxxx5659** Idaho Emergency Physicians PO Box 4008 Boise, ID 83711 | C | | | 07/28/2010 Medical Bill | | | | 332.00 |
| Account No. **xxxxxx8082** Idaho Emergency Physicians PO Box 4008 Boise, ID 83711 | C | | | 09/14/2010 Medical Bill | | | | 332.00 |
| Account No. **xxxxxx6034** Idaho Emergency Physicians PO Box 4008 Boise, ID 83711 | C | | | 11/20/2010 Medical Bill | | | | 490.00 |
| Account No. **xxxxxx4473** Idaho Emergency Physicians PO Box 4008 Boise, ID 83711 | C | | | 12/25/2010 Medical Bill | | | | 332.00 |

Sheet no. __14__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,708.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory Dallas Chaney**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx7663**<br><br>**Idaho Emergency Physicians**<br>**PO Box 4008**<br>**Boise, ID 83711** | C | | | 02/11/2011<br>**Medical Bill** | | | | 490.00 |
| Account No. **xxxxx0518**<br><br>**Idaho Emergency Physicians**<br>**PO Box 4008**<br>**Boise, ID 83711** | C | | | 01/17/2011<br>**Medical Bill** | | | | 490.00 |
| Account No. **xxxxx0520**<br><br>**Idaho Emergency Physicians**<br>**PO Box 4008**<br>**Boise, ID 83711** | C | | | 01/17/2011<br>**Medical Bill** | | | | 222.00 |
| Account No. **xxxxx2162**<br><br>**Idaho Emergency Physicians**<br>**PO Box 4008**<br>**Boise, ID 83711** | C | | | 01/24/2011<br>**Medical Bill** | | | | 510.00 |
| Account No. **xxxxxx5091**<br><br>**Idaho Emergency Physicians**<br>**2963 E Copper Point Dr**<br>**Meridian, ID 83642** | C | | | 05/09/2011<br>**Medical Bill** | | | | 562.00 |

Sheet no. __15__ of __44__ sheets attached to Schedule of                               Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          | 2,274.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory Dallas Chaney**                                          ,      Case No. _____

                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8622** <br><br> **Idaho Emergency Physicians** <br> **2963 E Copper Point Dr** <br> **Meridian, ID 83642** | C | | Medical Bill | | | | 332.00 |
| Account No. <br><br> **Idaho Emergency Physicians** <br> **2963 E Copper Point Dr** <br> **Meridian, ID 83642** | C | | Medical Bill | | | | 384.00 |
| Account No. **xxxxxx1660** <br><br> **Idaho Power** <br> **PO Box 70** <br> **Boise, ID 83707** | C | | Utility Bill | | | | 533.65 |
| Account No. **xxxxxx6490** <br><br> **Idaho Power** <br> **PO Box 70** <br> **Boise, ID 83707** | C | | Utility Bill | | | | 506.23 |
| Account No. **xx3164** <br><br> **Imaging Center of Idaho** <br> **PO Box 571470** <br> **Salt Lake City, UT 84157** | C | | 10/15/2010 <br> Medical Bill | | | | 203.43 |

Sheet no. **16** of **44** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,959.31

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory Dallas Chaney**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx071-1** <br><br> **Imaging Center of Idaho** <br> **4519 Enterprise Way** <br> **Caldwell, ID 83605** | C | | | 03/21/2011 <br> **Medical Bill** | | | | 203.43 |
| Account No. **xxxxxxxxxxx1452** <br><br> **Intermnt Credit Servic** <br> **910 W Main St** <br> **Boise, ID 83702** | C | | | Opened  8/01/10 <br> CollectionAttorney Paul H Baehr Md | | | | 440.00 |
| Account No. **xxxxxxx9084** <br><br> **Intermountain Gas Company** <br> **PO Box 64** <br> **Boise, ID 83732** | C | | | **Utility Bill** | | | | 274.72 |
| Account No. **xxxxxxx9464** <br><br> **Intermountain Gas Company** <br> **PO Box 64** <br> **Boise, ID 83732** | C | | | **Utility Bill** | | | | 275.17 |
| Account No. **xxx9789** <br><br> **Lamont Hanley & Associ** <br> **1138 Elm St** <br> **Manchester, NH 03101** | C | | | Opened 12/01/05 <br> CollectionAttorney Coast National Insurance Com | | | | 78.00 |

Sheet no. __**17**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            1,271.32

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory Dallas Chaney**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Larry and Sheila Poisson**<br>**5212 Nez Perce Rd**<br>**Caldwell, ID 83607** | C | | | | | X | 632.00 |
| Account No. **x3554**<br><br>**Lawrence Green, MD**<br>**PO Box 696**<br>**Caldwell, ID 83606** | C | | Medical Bill | | | | 349.66 |
| Account No. **xxxxxxxxxxx4553**<br><br>**Main Street Acquisiton**<br>**2877 Paradise Rd Unit 30**<br>**Las Vegas, NV 89109** | C | | Opened  5/01/08<br>FactoringCompanyAccount Continental | | | | 1,097.00 |
| Account No. **xxxxx2088**<br><br>**MCM**<br>**PO Box 60578**<br>**Los Angeles, CA 90060** | - | | Collection Account (Midland Funding LLC; Check N Go) | | | | 291.82 |
| Account No. **xxxxxxxxx7168**<br><br>**N.a.r. Inc**<br>**10 W Broadway Ste 610**<br>**Salt Lake City, UT 84101** | C | | Opened 11/01/09<br>CollectionAttorney Mountain Medical Idaho | | | | 29.00 |

Sheet no. __18__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,399.48

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory Dallas Chaney**
_____ ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6639**<br><br>**Navy Exchange**<br>**3280 Virginia Beach Blvd**<br>**Virginia Beach, VA 23452** | C | | **Opened 12/01/07  Last Active  4/01/09 ReturnedCheck** | | | | 154.00 |
| Account No. **xxxx4779**<br><br>**Nco Fin/55**<br>**Po Box 13570**<br>**Philadelphia, PA 19101** | C | | **Opened 10/01/10 CollectionAttorney St Alphonsus Rmc** | | | | 3,383.00 |
| Account No. **xxxx0855**<br><br>**Nco Fin/55**<br>**Po Box 13570**<br>**Philadelphia, PA 19101** | C | | **Opened 10/01/10 CollectionAttorney St Alphonsus Rmc** | | | | 2,570.00 |
| Account No. **xxxx2661**<br><br>**Nco Fin/55**<br>**Po Box 13570**<br>**Philadelphia, PA 19101** | C | | **Opened 11/01/10 CollectionAttorney St Alphonsus Rmc** | | | | 1,796.00 |
| Account No. **xxxx2660**<br><br>**Nco Fin/55**<br>**Po Box 13570**<br>**Philadelphia, PA 19101** | C | | **Opened 11/01/10 CollectionAttorney St Alphonsus Rmc** | | | | 1,773.00 |

Sheet no. __**19**__ of __**44**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        9,676.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory Dallas Chaney**                                          ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2657**<br><br>**Nco Fin/55**<br>**Po Box 13570**<br>**Philadelphia, PA 19101** | C | | Opened 11/01/10<br>CollectionAttorney St Alphonsus Rmc | | | | 1,712.00 |
| Account No. **xxxx2658**<br><br>**Nco Fin/55**<br>**Po Box 13570**<br>**Philadelphia, PA 19101** | C | | Opened 11/01/10<br>CollectionAttorney St Alphonsus Rmc | | | | 1,708.00 |
| Account No. **xxxx2659**<br><br>**Nco Fin/55**<br>**Po Box 13570**<br>**Philadelphia, PA 19101** | C | | Opened 11/01/10<br>CollectionAttorney St Alphonsus Rmc | | | | 1,387.00 |
| Account No. **xxxx8619**<br><br>**Nco Fin/55**<br>**Po Box 13570**<br>**Philadelphia, PA 19101** | C | | Opened  7/01/10<br>CollectionAttorney St Alphonsus Rmc | | | | 1,343.00 |
| Account No. **xxxx0856**<br><br>**Nco Fin/55**<br>**Po Box 13570**<br>**Philadelphia, PA 19101** | C | | Opened 10/01/10<br>CollectionAttorney St Alphonsus Rmc | | | | 1,185.00 |

Sheet no. __20__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **7,335.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory Dallas Chaney**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2656**<br><br>Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | C | | Opened 11/01/10<br>CollectionAttorney St Alphonsus Rmc | | | | 1,113.00 |
| Account No. **xxxx7420**<br><br>Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | C | | Opened 10/01/10<br>CollectionAttorney St Alphonsus Rmc | | | | 996.00 |
| Account No. **xxxx8036**<br><br>Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | C | | Opened  8/01/10<br>CollectionAttorney Iep Eagle Medical Center | | | | 967.00 |
| Account No. **xxxx2715**<br><br>Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | H | | Opened 12/01/08<br>CollectionAttorney St.Luke S Regional Medical Cen | | | | 913.00 |
| Account No. **xxxx7414**<br><br>Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | C | | Opened 10/01/10<br>CollectionAttorney St Alphonsus Rmc | | | | 878.00 |

Sheet no. __**21**__ of __**44**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,867.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory Dallas Chaney**
_____,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx7416** <br><br> **Nco Fin/55** <br> **Po Box 13570** <br> **Philadelphia, PA 19101** | C | | | Opened 10/01/10 <br> CollectionAttorney St Alphonsus Rmc | | | | 854.00 |
| Account No. **xxxx2238** <br><br> **Nco Fin/55** <br> **Po Box 13570** <br> **Philadelphia, PA 19101** | H | | | Opened 11/01/08 <br> CollectionAttorney St.Luke S Regional Medical Cen | | | | 844.00 |
| Account No. **xxxx7415** <br><br> **Nco Fin/55** <br> **Po Box 13570** <br> **Philadelphia, PA 19101** | C | | | Opened 10/01/10 <br> CollectionAttorney St Alphonsus Rmc | | | | 810.00 |
| Account No. **xxxx6399** <br><br> **Nco Fin/55** <br> **Po Box 13570** <br> **Philadelphia, PA 19101** | C | | | Opened  8/01/10 <br> CollectionAttorney Samg - Emerald | | | | 750.00 |
| Account No. **xxxx3397** <br><br> **Nco Fin/55** <br> **Po Box 13570** <br> **Philadelphia, PA 19101** | C | | | Opened  9/01/10 <br> CollectionAttorney St Alphonsus Rmc | | | | 744.00 |

Sheet no. __22__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **4,002.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory Dallas Chaney**                                     ,          Case No. _____

_____Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx2509**<br><br>Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | C | | | Opened 8/01/10<br>CollectionAttorney Idaho Emergency Physicians/Sta | | | | 538.00 |
| Account No. **xxxx2506**<br><br>Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | C | | | Opened 8/01/10<br>CollectionAttorney Idaho Emergency Physicians/Sta | | | | 538.00 |
| Account No. **xxxx8033**<br><br>Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | C | | | Opened 8/01/10<br>CollectionAttorney Iep Eagle Medical Center | | | | 534.00 |
| Account No. **xxxx8034**<br><br>Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | C | | | Opened 8/01/10<br>CollectionAttorney Iep Eagle Medical Center | | | | 534.00 |
| Account No. **xxxx8956**<br><br>Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | C | | | Opened 12/01/09<br>CollectionAttorney Idaho Power Company | | | | 511.00 |

Sheet no. __23__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,655.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory Dallas Chaney** _____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7417**<br><br>Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | C | | Opened 10/01/10<br>CollectionAttorney St Alphonsus Rmc | | | | 498.00 |
| Account No. **xxxx3789**<br><br>Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | C | | Opened  1/01/11<br>CollectionAttorney St Alphonsus Inpatient Medicin | | | | 447.00 |
| Account No. **xxxx2511**<br><br>Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | C | | Opened  8/01/10<br>CollectionAttorney Idaho Emergency Physicians/Sta | | | | 365.00 |
| Account No. **xxxx2513**<br><br>Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | C | | Opened  8/01/10<br>CollectionAttorney Idaho Emergency Physicians/Sta | | | | 365.00 |
| Account No. **xxxx2507**<br><br>Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | C | | Opened  8/01/10<br>CollectionAttorney Iep Eagle Medical Center | | | | 365.00 |

Sheet no. __24__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **2,040.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory Dallas Chaney**                                    ,     Case No. _____
                                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx2510** | | | | Opened  8/01/10 CollectionAttorney Iep Eagle Medical Center | | | | |
| Nco Fin/55 Po Box 13570 Philadelphia, PA 19101 | C | | | | | | | 365.00 |
| Account No. **xxxx8035** | | | | Opened  8/01/10 CollectionAttorney Iep Eagle Medical Center | | | | |
| Nco Fin/55 Po Box 13570 Philadelphia, PA 19101 | C | | | | | | | 361.00 |
| Account No. **xxxx8032** | | | | Opened  8/01/10 CollectionAttorney Iep Eagle Medical Center | | | | |
| Nco Fin/55 Po Box 13570 Philadelphia, PA 19101 | C | | | | | | | 361.00 |
| Account No. **xxxx9728** | | | | Opened  9/01/09 CollectionAttorney Samg - Emerald | | | | |
| Nco Fin/55 Po Box 13570 Philadelphia, PA 19101 | C | | | | | | | 352.00 |
| Account No. **xxxx7419** | | | | Opened 10/01/10 CollectionAttorney St Alphonsus Rmc | | | | |
| Nco Fin/55 Po Box 13570 Philadelphia, PA 19101 | C | | | | | | | 350.00 |

Sheet no. __25__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,789.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory Dallas Chaney**                                  ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2508** <br><br> **Nco Fin/55 Po Box 13570 Philadelphia, PA 19101** | C | | Opened  8/01/10 CollectionAttorney Iep Eagle Medical Center | | | | 244.00 |
| Account No. **xxxx7418** <br><br> **Nco Fin/55 Po Box 13570 Philadelphia, PA 19101** | C | | Opened 10/01/10 CollectionAttorney St Alphonsus Rmc | | | | 200.00 |
| Account No. **xxxx6276** <br><br> **Nco Fin/55 Po Box 13570 Philadelphia, PA 19101** | H | | Med1 02 St Luke S Regional Medical C | | | | 177.00 |
| Account No. **xxxx7421** <br><br> **Nco Fin/55 Po Box 13570 Philadelphia, PA 19101** | C | | Opened 10/01/10 CollectionAttorney St Alphonsus Rmc | | | | 143.00 |
| Account No. **xxxx3779** <br><br> **Nco Fin/55 Po Box 13570 Philadelphia, PA 19101** | C | | Opened  7/01/09 CollectionAttorney Samg - Garrity | | | | 124.00 |

Sheet no. __26__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                888.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory Dallas Chaney**                                    ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2585**<br><br>**Nco Fin/55**<br>**Po Box 13570**<br>**Philadelphia, PA 19101** | | H | Opened 7/01/09<br>CollectionAttorney St Alphonsus Rmc | | | | 120.00 |
| Account No. **xxxx3558**<br><br>**Nco Fin/55**<br>**Po Box 13570**<br>**Philadelphia, PA 19101** | | C | Opened 9/01/10<br>CollectionAttorney St Alphonsus Rmc | | | | 68.00 |
| Account No. **xxx3806**<br><br>**Nco Fin/55**<br>**Po Box 13570**<br>**Philadelphia, PA 19101** | | H | Opened 11/01/07 Last Active 4/22/09<br>CollectionAttorney Idaho Power Company | | | | 0.00 |
| Account No. **xxxx1579**<br><br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | C | Opened 12/01/10<br>CollectionAttorney West Valley Medical Center | | | | 150.00 |
| Account No. **xxxx2563**<br><br>**Nco/inovision-medclr**<br>**Attn: Bankruptcy**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | C | Opened 1/01/10<br>FactoringCompanyAccount Med1 02 Treasure Valley Emergency Ph | | | | 283.00 |

Sheet no. __27__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

621.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory Dallas Chaney_____,                    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4088** <br><br> **Nco/inovision-medclr** <br> **Attn: Bankruptcy** <br> **507 Prudential Rd** <br> **Horsham, PA 19044** | C | | **Opened  1/01/10** <br> **FactoringCompanyAccount Med1 02 Treasure Valley Emergency Ph** | | | | 283.00 |
| Account No. **xxxx2371** <br><br> **Nco/inovision-medclr** <br> **Attn: Bankruptcy** <br> **507 Prudential Rd** <br> **Horsham, PA 19044** | C | | **Opened 12/01/09** <br> **FactoringCompanyAccount Med1 02 Treasure Valley Emergency Ph** | | | | 283.00 |
| Account No. **xxxx4089** <br><br> **Nco/inovision-medclr** <br> **Attn: Bankruptcy** <br> **507 Prudential Rd** <br> **Horsham, PA 19044** | C | | **Opened  1/01/10** <br> **FactoringCompanyAccount Treasure Valley Emergency Ph** | | | | 26.00 |
| Account No. **x4766** <br><br> **OBGYN Associates** <br> **3520 E. Louise Dr** <br> **Meridian, ID 83642** | C | | **11/24/2010** <br> **Medical Bill** | | | | 15.00 |
| Account No. **xxxxxx8984** <br><br> **Pacific Gas & Electric** <br> **425 Market St** <br> **San Francisco, CA 94105** | C | | **Opened  4/01/05** <br> **Agriculture** | | | | 99.00 |

Sheet no. __28__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                706.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory Dallas Chaney**                                      , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1452**<br><br>**Paul H Baehr, MD**<br>**425 W. Bannock St**<br>**Boise, ID 83702** | C | | **06/07/2009**<br>**Medical Bill** | | | | **446.63** |
| Account No. **xxxxxxxxxxxxx1001**<br><br>**Portfolio Rc**<br>**Attn: Bankruptcy**<br>**Po Box 41067**<br>**Norfolk, VA 23541** | C | | **Opened 10/01/10**<br>**FactoringCompanyAccount Onyx Acceptance Corporation** | | | | **14,133.00** |
| Account No. **xx4720**<br><br>**Prestige Financial Svc**<br>**P O Box 26707**<br>**Salt Lake City, UT 84126** | C | | **Opened 8/01/05 Last Active 2/25/10**<br>**Automobile** | | | | **0.00** |
| Account No. **xxxxxxxx3311**<br><br>**Qwest**<br>**PO Box 29040**<br>**Phoenix, AZ 85038** | C | | **Utility Bill** | | | | **233.97** |
| Account No. **xxxxxx5741**<br><br>**Sagamore Insurance**<br>**1099 N. Meridian St. Ste 700**<br>**Indianapolis, IN 46204** | C | | **Insurance** | | | | **194.50** |

Sheet no. __**29**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,008.10**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory Dallas Chaney** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5647**<br><br>**Saint Alphonsus Pathology**<br>**PO Box 9589**<br>**Boise, ID 83707** | C | | **02/09/2011**<br>**Medical Bill** | | | | 42.39 |
| Account No. **xxxxxxxxxxxE000**<br><br>**San Diego Auto Cr**<br>**7268 El Cajon Blvd**<br>**San Diego, CA 92115** | C | | **Opened 4/01/05 Last Active 5/01/07**<br>**Automobile** | | | | 0.00 |
| Account No. **2239**<br><br>**Sentry Credit Inc**<br>**PO Box 12070**<br>**Everett, WA 98206-2070** | - | | **Collection Account (HSBC Card Services)** | | | | 1,201.80 |
| Account No. **xxxxxx2551**<br><br>**St. Alphonsus**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | **04/13/2010**<br>**Medical Bill** | | | | 64.24 |
| Account No. **xxxxxxx0314**<br><br>**St. Alphonsus**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | **11/11/2010**<br>**Medical Bill** | | | | 32.70 |

Sheet no. __30__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 1,341.13

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory Dallas Chaney**                                          ,          Case No. _____

                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9810** <br><br> St. Alphonsus <br> PO Box 99400 <br> Louisville, KY 40269 | C | | 05/18/2009 <br> **Medical Bill** | | | | 189.24 |
| Account No. **xxxxx2256** <br><br> St. Alphonsus <br> PO Box 99400 <br> Louisville, KY 40269 | C | | 09/30/2009 <br> **Medical Bill** | | | | 189.24 |
| Account No. **xxxxx4432** <br><br> St. Alphonsus <br> PO Box 99400 <br> Louisville, KY 40269 | C | | 03/27/2009 <br> **Medical Bill** | | | | 830.06 |
| Account No. **xxxxx2039** <br><br> St. Alphonsus <br> PO Box 99400 <br> Louisville, KY 40269 | C | | 09/08/2009 <br> **Medical Bill** | | | | 940.78 |
| Account No. **xxxxxxxxx9518** <br><br> St. Alphonsus <br> PO Box 99400 <br> Louisville, KY 40269 | C | | 04/08/2010 <br> **Medical Bill** | | | | 214.59 |

Sheet no. __31__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,363.91

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory Dallas Chaney**                                          ,        Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9195** <br><br> St. Alphonsus <br> PO Box 99400 <br> Louisville, KY 40269 | C | | 04/19/2009 <br> Medical Bill | | | | 765.00 |
| Account No. **xxxxx9147** <br><br> St. Alphonsus <br> PO Box 99400 <br> Louisville, KY 40269 | C | | 03/20/2009 <br> Medical Bill | | | | 2,419.75 |
| Account No. **xxxxx2597** <br><br> St. Alphonsus <br> PO Box 99400 <br> Louisville, KY 40269 | C | | 04/27/2009 <br> Medical Bill | | | | 1,317.42 |
| Account No. **xxxxx0063** <br><br> St. Alphonsus <br> PO Box 99400 <br> Louisville, KY 40269 | C | | 07/15/2009 <br> Medical Bill | | | | 331.00 |
| Account No. **xxxxx8537** <br><br> St. Alphonsus <br> PO Box 99400 <br> Louisville, KY 40269 | C | | 10/23/2009 <br> Medical Bill | | | | 1,116.10 |

Sheet no. __32__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            5,949.27

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory Dallas Chaney**                                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x9518**<br><br>**St. Alphonsus**<br>**C/O Central Billing Office**<br>**3340 E Goldstone Drive**<br>**Meridian, ID 83642** | C | | | 05/17/2011<br>**Medical Bill** | | | | 179.59 |
| Account No. **xxxxxxxx7433**<br><br>**St. Alphonsus**<br>**C/O Central Billing Office**<br>**3340 E Goldstone Drive**<br>**Meridian, ID 83642** | C | | | 01/05/2011<br>**Medical Bill** | | | | 14.15 |
| Account No. **xxxxxx0154**<br><br>**St. Alphonsus Nampa**<br>**1643 Lewis Ave Ste. 203**<br>**Billings, MT 59102** | C | | | 02/09/2011<br>**Medical Bill** | | | | 672.58 |
| Account No. **xxxxx8974**<br><br>**St. Alphonsus Nampa**<br>**1643 Lewis Ave Ste. 203**<br>**Billings, MT 59102** | C | | | 01/14/2011<br>**Medical Bill** | | | | 150.00 |
| Account No. **xxxxxx1907**<br><br>**St. Alphonsus Nampa**<br>**1643 Lewis Ave Ste. 203**<br>**Billings, MT 59102** | C | | | 02/08/2011<br>**Medical Bill** | | | | 150.00 |

Sheet no. __**33**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,166.32

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory Dallas Chaney**                                          ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx5136**  <br><br>St. Alphonsus Nampa <br>1643 Lewis Ave Ste. 203 <br>Billings, MT 59102 | C | | | 04/12/2011 <br>**Medical Bill** | | | | 150.00 |
| Account No. **xxx2935**  <br><br>St. Alphonsus Nampa <br>1643 Lewis Ave Ste. 203 <br>Billings, MT 59102 | C | | | **Medical Bill** | | | | 150.00 |
| Account No. **xxxxx1452**  <br><br>St. Alphonsus Regional <br>Medical Center <br>PO Box 99400 <br>Louisville, KY 40269 | C | | | 04/29/2009 <br>**Medical Bill** | | | | 806.88 |
| Account No. **xxxxx2980**  <br><br>St. Luke's <br>PO Box 2578 <br>Boise, ID 83701 | C | | | 08/30/2009 <br>**Medical Bill** | | | | 511.55 |
| Account No. **xxxxx5737**  <br><br>St. Luke's <br>PO Box 2578 <br>Boise, ID 83701 | C | | | 04/15/2009 <br>**Medical Bill** | | | | 1,676.99 |

Sheet no. __34__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,295.42

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory Dallas Chaney**                                                ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7703** <br><br> **St. Luke's** <br> **PO Box 2578** <br> **Boise, ID 83701** | C | | **05/31/2009** <br> **Medical Bill** | | | | 1,266.61 |
| Account No. **xx4389** <br><br> **Terry Reilly Health Services** <br> **PO Box 9** <br> **Nampa, ID 83653** | C | | **Medical Bill** | | | | 765.94 |
| Account No. **xxxxx6656** <br><br> **Tridentasset.com** <br> **5755 N Point Pkwy** <br> **Alpharetta, GA 30022** | C | | **Opened 11/01/07** <br> **ReturnedCheck Big Lots 4429** | | | | 123.00 |
| Account No. **xxxxx3253** <br><br> **Tridentasset.com** <br> **5755 N Point Pkwy** <br> **Alpharetta, GA 30022** | C | | **Opened 12/01/07** <br> **ReturnedCheck Big Lots 4429** | | | | 54.00 |
| Account No. **xxxxx4743** <br><br> **TruGreen** <br> **2393 E. Commercial Street** <br> **Meridian, ID 83642** | C | | **Service Fees** | | | | 79.80 |

Sheet no. __35__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     2,289.35

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory Dallas Chaney**                                ,                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx2020** U S Dept Of Ed/Fisl/Sf Po Box 4222 Iowa City, IA 52244 | | H | Opened 8/01/06 Last Active 5/17/10 Educational | | | | 566.00 |
| Account No. **xxxxxxxxxxxx4040** U S Dept Of Ed/Fisl/Sf Po Box 4222 Iowa City, IA 52244 | | H | Opened 8/01/06 Last Active 5/17/10 Educational | | | | 240.00 |
| Account No. **xxxxxxxxxxxx3030** U S Dept Of Ed/Fisl/Sf Po Box 4222 Iowa City, IA 52244 | | H | Opened 8/01/06 Last Active 5/17/10 Educational | | | | 189.00 |
| Account No. **xxxxxxxxxxxx1010** U S Dept Of Ed/Fisl/Sf Po Box 4222 Iowa City, IA 52244 | | H | Opened 6/01/06 Last Active 5/17/10 Educational | | | | 83.00 |
| Account No. **xxxxxx3161** Us Dept Of Education Po Box 5609 Greenville, TX 75403 | | C | Opened 2/01/09 Last Active 4/30/11 Educational | | | | 5,862.00 |

Sheet no. __**36**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     | 6,940.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory Dallas Chaney**                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0331**<br><br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**Po Box 5609**<br>**Greenville, TX 75403** | | H | **Opened  6/08/06  Last Active  9/30/08**<br>**Educational** | | | | **0.00** |
| Account No. **xxxxxxxx8409**<br><br>**Washington Mutual**<br>**50 2nd Street S**<br>**Nampa, ID 83651** | | C | **Credit Card Purchases** | | | | **773.00** |
| Account No. **xxxx5392**<br><br>**West Asset Management**<br>**Attn: Bankruptcy**<br>**Po Box 105478**<br>**Atlanta, GA 30348** | | C | **Opened  2/01/11**<br>**CollectionAttorney St. Luke S** | | | | **2,081.00** |
| Account No. **xxxx5391**<br><br>**West Asset Management**<br>**Attn: Bankruptcy**<br>**Po Box 105478**<br>**Atlanta, GA 30348** | | C | **Opened  2/01/11**<br>**CollectionAttorney St. Luke S** | | | | **593.00** |
| Account No. **xxxx1804**<br><br>**West Asset Management**<br>**2703 N Highway 75**<br>**Sherman, TX 75090** | | C | **Opened  2/01/11**<br>**CollectionAttorney West Valley Medical Center** | | | | **471.00** |

| Sheet no. __37__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **3,918.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory Dallas Chaney_____,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx5509**<br><br>**West Asset Management**<br>**2703 N Highway 75**<br>**Sherman, TX 75090** | C | | | Opened 12/01/10<br>CollectionAttorney West Valley Medical Center | | | | 347.00 |
| Account No. **xxxx5395**<br><br>**West Asset Management**<br>**Attn: Bankruptcy**<br>**Po Box 105478**<br>**Atlanta, GA 30348** | C | | | Opened  2/01/11<br>CollectionAttorney St. Luke S | | | | 163.00 |
| Account No. **xxxx5518**<br><br>**West Asset Management**<br>**2703 N Highway 75**<br>**Sherman, TX 75090** | C | | | Opened 12/01/10<br>CollectionAttorney West Valley Medical Center | | | | 150.00 |
| Account No. **xxxx0183**<br><br>**West Asset Management**<br>**2703 N Highway 75**<br>**Sherman, TX 75090** | C | | | Opened 12/01/10<br>CollectionAttorney West Valley Medical Center | | | | 150.00 |
| Account No. **xxxx7015**<br><br>**West Asset Management**<br>**2703 N Highway 75**<br>**Sherman, TX 75090** | C | | | Opened 11/01/10<br>CollectionAttorney West Valley Medical Center | | | | 150.00 |

Sheet no. __38__ of __44__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                         (Total of this page)          960.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory Dallas Chaney**                                          ,    Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
| Account No. **xxxx6943**<br><br>**West Asset Management**<br>**2703 N Highway 75**<br>**Sherman, TX 75090** | H | | | **Opened 11/01/10**<br>**CollectionAttorney West Valley Medical Center** | | | | 150.00 |
| Account No. **xxxx1120**<br><br>**West Asset Management**<br>**2703 N Highway 75**<br>**Sherman, TX 75090** | C | | | **Opened  1/01/11**<br>**CollectionAttorney West Valley Medical Center** | | | | 150.00 |
| Account No. **xxxx5566**<br><br>**West Asset Management**<br>**2703 N. Highway 75**<br>**Sherman, TX 75090** | C | | | **Collection Attorney West Valley Medical Center** | | | | 100.00 |
| Account No. **xxxxx4663**<br><br>**West Valley Medical Center**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | | **06/09/2010**<br>**Medical Bill** | | | | 150.00 |
| Account No. **xxxxx5631**<br><br>**West Valley Medical Center**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | | **05/01/2010**<br>**Medical Bill** | | | | 100.00 |

Sheet no. __**39**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          650.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory Dallas Chaney**
_____,    Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8188**<br><br>**West Valley Medical Center<br>PO Box 99400<br>Louisville, KY 40269** | C | | 06/25/2010<br>Medical Bill | | | | 150.00 |
| Account No. **xxxxx0518**<br><br>**West Valley Medical Center<br>PO Box 99400<br>Louisville, KY 40269** | C | | 01/17/2011<br>Medical Bill | | | | 150.00 |
| Account No. **xxxxx6924**<br><br>**West Valley Medical Center<br>PO Box 99400<br>Louisville, KY 40269** | C | | 08/02/2010<br>Medical Bill | | | | 13.24 |
| Account No. **xxxxx6193**<br><br>**West Valley Medical Center<br>PO Box 99400<br>Louisville, KY 40269** | C | | 06/16/2010<br>Medical Bill | | | | 471.29 |
| Account No. **xxxxx8082**<br><br>**West Valley Medical Center<br>PO Box 99400<br>Louisville, KY 40269** | C | | 09/15/2010<br>Medical Bill | | | | 150.00 |

Sheet no. __40__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

934.53

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory Dallas Chaney**                                    ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9483** <br><br> **West Valley Medical Center PO Box 99400 Louisville, KY 40269** | C | | 05/23/2010 <br> Medical Bill | | | | 100.00 |
| Account No. **xxxxx8187** <br><br> **West Valley Medical Center PO Box 99400 Louisville, KY 40269** | C | | 06/25/2010 <br> Medical Bill | | | | 150.00 |
| Account No. **xxxxx6034** <br><br> **West Valley Medical Center PO Box 99400 Louisville, KY 40269** | C | | 11/20/2010 <br> Medical Bill | | | | 150.00 |
| Account No. **xxxxx3104** <br><br> **West Valley Medical Center PO Box 99400 Louisville, KY 40269** | C | | 07/17/2010 <br> Medical Bill | | | | 150.00 |
| Account No. **xxxxx6254** <br><br> **West Valley Medical Center PO Box 99400 Louisville, KY 40269** | C | | 07/31/2010 <br> Medical Bill | | | | 150.00 |

Sheet no. __41__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    700.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory Dallas Chaney**                                                    ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6193**<br><br>**West Valley Medical Center**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | 06/16/2010<br>**Medical Bill** | | | | 471.29 |
| Account No. **xxxxx8140**<br><br>**West Valley Medical Center**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | 01/08/2011<br>**Medical Bill** | | | | 150.00 |
| Account No. **xxxxx9017**<br><br>**West Valley Medical Center**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | 01/21/2011<br>**Medical Bill** | | | | 25.53 |
| Account No. **xxxxx5091**<br><br>**West Valley Medical Center**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | 04/14/2011<br>**Medical Bill** | | | | 150.00 |
| Account No. **xxxxx7663**<br><br>**West Valley Medical Center**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | 02/11/2011<br>**Medical Bill** | | | | 117.50 |

Sheet no. __42__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          914.32

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory Dallas Chaney** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6034**<br><br>**West Valley Medical Center**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | **11/20/2010**<br>**Medical Bill** | | | | 150.00 |
| Account No. **xxxxx4473**<br><br>**West Valley Medical Center**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | **12/25/2010**<br>**Medical Bill** | | | | 150.00 |
| Account No. **xxxxx0520**<br><br>**West Valley Medical Center**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | **01/17/2011**<br>**Medical Bill** | | | | 150.00 |
| Account No. **xxxxx2162**<br><br>**West Valley Medical Center**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | **01/24/2011**<br>**Medical Bill** | | | | 150.00 |
| Account No. **xxxxx9017**<br><br>**West Valley Medical Center**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | **01/21/2011**<br>**Medical Bill** | | | | 26.63 |

Sheet no. __**43**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**626.63**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory Dallas Chaney**                                      , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2598**<br><br>**West Valley Medical Center**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | **04/07/2010**<br>**Medical Bill** | | | | **137.58** |
| Account No. **xxxxx5122**<br><br>**West Valley Medical Center**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | **03/20/2010**<br>**Medical Bill** | | | | **212.24** |
| Account No. **xxxxx8622**<br><br>**West Valley Medical Center**<br>**PO Box 99400**<br>**Louisville, KY 40269** | C | | **04/27/2011**<br>**Medical Bill** | | | | **150.00** |
| Account No. **x9402**<br><br>**Wfnnb/the Avenue**<br>**Po Box 2974**<br>**Shawnee Mission, KS 66201** | C | | **Opened  3/01/01  Last Active 11/18/01**<br>**ChargeAccount** | | | | **Unknown** |
| Account No. | | | | | | | |

Sheet no. __44__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **499.82** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **132,216.19** |

B6G (Official Form 6G) (12/07)

.

In re   **Gregory Dallas Chaney**                                              ,        Case No. _____

                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Park Place Property Mgmt**<br>**280 E. Corporate Dr Ste 260**<br>**Meridian, ID 83642** | **Rental Agreement** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **Gregory Dallas Chaney** _____,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sheila Chaney**<br>**16948 Mountain Hill View Dr**<br>**Caldwell, ID 83607** | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Gregory Dallas Chaney** _____   Case No. _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Son**<br>**Daughter**<br>**Son**<br>**Son** | AGE(S):<br>**11**<br>**2**<br>**4**<br>**8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed** | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **0.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
| b. Insurance | $ | **0.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **0.00** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **0.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **Debtor was laid off the week of 06/15/2012 and hasn't received unemployment yet.**

B6J (Official Form 6J) (12/07)

In re   **Gregory Dallas Chaney** _____   Case No. _____
　　　　　　　　　　　　　Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

　　　Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 775.00 |
| a. Are real estate taxes included?　　　　　Yes ___　　　No **X** | | |
| b. Is property insurance included?　　　　　Yes ___　　　No **X** | | |
| 2. Utilities:　　a. Electricity and heating fuel | $ | 150.00 |
| 　　　　　　　　b. Water and sewer | $ | 50.00 |
| 　　　　　　　　c. Telephone | $ | 80.00 |
| 　　　　　　　　d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 60.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 20.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| 　　　　　　　　a. Homeowner's or renter's | $ | 0.00 |
| 　　　　　　　　b. Life | $ | 0.00 |
| 　　　　　　　　c. Health | $ | 0.00 |
| 　　　　　　　　d. Auto | $ | 60.00 |
| 　　　　　　　　e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| 　　　　　(Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| 　　　　　　　　a. Auto | $ | 0.00 |
| 　　　　　　　　b. Other _____ | $ | 0.00 |
| 　　　　　　　　c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other　**Personal Hygiene** | $ | 20.00 |
| 　　　Other　**Non-Grocery** | $ | 75.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,190.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.　Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b.　Average monthly expenses from Line 18 above | $ | 2,190.00 |
| c.　Monthly net income (a. minus b.) | $ | -2,190.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Idaho

In re    **Gregory Dallas Chaney**                                              Case No.
                                              Debtor(s)                          Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **61** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **June 20, 2012**                      Signature    **/s/ Gregory Dallas Chaney**

                                                                                 **Gregory Dallas Chaney**
                                                                                 Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Idaho

In re __Gregory Dallas Chaney__                                          Case No. _____

                                    Debtor(s)                Chapter        __7__

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$16,300.39** | **2012 YTD: Debtor T-Mobile** |
| **$23,074.58** | **2010: Debtor TMobile** |
| **$35,642.77** | **2011: Debtor TMobile** |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,208.00** | **2012: Student Loan Disbursments (tuition/books/supplies)** |

**3. Payments to creditors**

None ☐

***Complete a. or b., as appropriate, and c.***

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Park Place Property Mgmt 280 E. Corporate Dr. Ste 260 Midvale, ID 83645** | **06/2012, 05/2012, 04/2012** | **$775.00** | **$0.00** |

None ■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Canyon Financial of Caldwell vs. Gregory Dallas Chaney CV2011-8120** | **Debt Reconciliation** | **Third Judicial District; Canyon County** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Collection Bureau vs. Gregory D. Chaney CV2011-11846** | **Judgment** | **Third Judicial District; Canyon County** | **Pending** |
| **Gregory D. Chaney vs. Sheila C. Chaney CV2011-8576C** | **Stipulated Decree of Divorce** | **Third Judicial District; Canyon County** | **Closed** |

None ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Coll Bur Inc Pob 846 Nampa, ID 83653** | **03/2012 through 05/2012** | **Garnishment: Value: $993.48.** |

**5. Repossessions, foreclosures and returns**

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Canyon Financial 823 Specht Ave #C Caldwell, ID 83605** | **09/2011** | **1997 Infinity and 1997 Suburban $5,000** |

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Idaho Law Group, LLP 1006 W Sanetta Street Nampa, ID 83651** | **06/15/2012** | **$1050** |
| **Cricket Debt Counseling 10121 SE Sunnyside Road Ste. 300 Clackamas, OR 97015** | **06/01/2012** | **$36.00** |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Unknown (Craigslist) Unknown    None** | **03/2012** | **1993 Pontiac Grand Am Blown motor; sold for $400; used funds to purchase 1998 Suburban.** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None ☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☑    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **16947 Mountain Hill View, Caldwell, ID 83607** | **Gregory Dallas Chaney** | **10/15/2011** |
| **2304 Wyoming Ave. Caldwell, ID 83605** | **Gregory Dallas Chaney** | **07/2011 through 10/2011** |

**16. Spouses and Former Spouses**

None ☐    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Sheila Chaney**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the
■        books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                              DATES SERVICES RENDERED

None     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■        of the debtor. If any of the books of account and records are not available, explain.

NAME                                                       ADDRESS

None     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■        issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                            DATE ISSUED

### 20. Inventories

None     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■        and the dollar amount and basis of each inventory.

DATE OF INVENTORY             INVENTORY SUPERVISOR             DOLLAR AMOUNT OF INVENTORY
                                                               (Specify cost, market or other basis)

None     b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

DATE OF INVENTORY                                   NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                    RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                          NATURE OF INTEREST              PERCENTAGE OF INTEREST

None     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■        controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                          TITLE                    NATURE AND PERCENTAGE
                                                                   OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■        commencement of this case.

NAME                                       ADDRESS                         DATE OF WITHDRAWAL

None     b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■        immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                    DATE OF TERMINATION

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **June 20, 2012**                                    Signature    **/s/ Gregory Dallas Chaney**

                                                                                         **Gregory Dallas Chaney**
                                                                                         Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Idaho

In re   **Gregory Dallas Chaney**
_____    Case No. _____
                                    Debtor(s)         Chapter    **7**
                                                    _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered        ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>    ☐ Redeem the property<br>    ☐ Reaffirm the debt<br>    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>    ☐ Claimed as Exempt                    ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Park Place Property Mgmt** | **Describe Leased Property:**<br>**Rental Agreement** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **June 20, 2012** _____       Signature    **/s/ Gregory Dallas Chaney** _____
                                                        **Gregory Dallas Chaney**
                                                        Debtor

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

Form B 201A, Notice to Consumer Debtor(s)                                                                                                    Page 2

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### District of Idaho

In re  **Gregory Dallas Chaney** _____     Case No. _____
                                                    Debtor(s)     Chapter    **7**  _____

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Gregory Dallas Chaney** _____     X  **/s/ Gregory Dallas Chaney** _____     **June 20, 2012**
Printed Name(s) of Debtor(s)                          Signature of Debtor                    Date

Case No. (if known)  _____     X  _____
                                                    Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## District of Idaho

In re   **Gregory Dallas Chaney**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **June 20, 2012**

**/s/ Gregory Dallas Chaney**
**Gregory Dallas Chaney**
Signature of Debtor

1st National Collection Bur
610 Waltham Way
Sparks, NV 89434


Action Collection
1325 South Vista Avenue
Boise, ID 83705


Action Collection Svc
1325 S Vista Ave
Boise, ID 83705


Albert Coleg
2112 Cleveland Blvd
Caldwell, ID 83605


Applied Bank
PO Box 17120
Wilmington, DE 19886


Applied Card Bank
Attention: General Inquiries
Po Box 17125
Wilmington, DE 19850


AT T
32 Avenue of the Americans
New York, NY 10013


Bank Of America
Attn: Bankruptcy NC4-105-02-99
Po Box 26012
Greensboro, NC 27420


Boise Radiology Group
190 E Bannock St
Boise, ID 83712

Bonneville Billing
1186 E 4600 S Ste 100
Ogden, UT 84403


Bonneville Collections
1186 E 4600 S Ste 100
Ogden, UT 84403


Calvary Portfolio Services
Attention: Bankruptcy Department
Po Box 1017
Hawthorne, NY 10532


Calvary Portoflio Services
PO Box 1017
Hawthorne, NY 10532


Canyon County
1115 Albany Street
Caldwell, ID 83605


Canyon Financial of Caldwell
823 Specht Ave. Ste C
Caldwell, ID 83605


Capital One Auto Finance
3901 N Dallas Pkwy
Plano, TX 75093


Cbp Affiliated Service
1246 Yellowstone Ave Ste
Pocatello, ID 83201


CBP Affiliated Services
Collection Dept
PO Box 45419
Boise, ID 83711

```
Cdi Affiliated Service
1451 N Hartman St
Boise, ID 83704


CDI Affiliated Services
1451 N Hartman Street
Boise, ID 83704


Chela
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773


City of Nampa
224 11th Avenue South
Nampa, ID 83651


City Of San Diego
1010 2nd Ave Ste 666
San Diego, CA 92101


Coll Bur Inc
Pob 846
Nampa, ID 83653


Collection Bureau
PO Box 1219
Nampa, ID 83653


Computer Credit, Inc.
PO Box 5238
Winston Salem, NC 27113


Continental
Attn: Recovery
652 Bush River Rd
Columbia, SC 29210
```

Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459


Credit Management
4200 International Pwy
Carrolton, TX 75007


Dept Of Health welfare
450 W State St
Boise, ID 83702


Digestive Health Clinic and
Endoscopy Center
6259 W. Emerald Street
Boise, ID 83704


Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256


Farmer's Insurance Group
23175 Bennett Street
Hillsboro, OR 97124


First Bk Of De/contine
1608 Walnut Street
Philadelphia, PA 19103


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Fst Premier
3820 N Louise Ave
Sioux Falls, SD 57107

Gateway Crossing Apartments
211 N Gateway St
Nampa, ID 83687

Gem State Radiology
PO Box 9649
Boise, ID 83707

Gemb/care Credit
Attn: Bankruptcy
Po Box 103106
Roswell, GA 30076

General Revenue Corp
11501 Northlake Dr
Cincinnati, OH 45249

Hammond Law
811 E Chicago St
Caldwell, ID 83605

HSBC
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197

Hsbc Bank
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197

Ic Systems Inc
Po Box 64378
Saint Paul, MN 55164

Idaho Auto Center
4520 E. Cleveland Blvd
Caldwell, ID 83605

```
Idaho Elks Rehabilitation
PO Box 990003
AR 72799


Idaho Emergency Physicians
PO Box 4008
Boise, ID 83711


Idaho Emergency Physicians
2963 E Copper Point Dr
Meridian, ID 83642


Idaho Power
PO Box 70
Boise, ID 83707


Imaging Center of Idaho
PO Box 571470
Salt Lake City, UT 84157


Imaging Center of Idaho
4519 Enterprise Way
Caldwell, ID 83605


Intermnt Credit Servic
910 W Main St
Boise, ID 83702


Intermountain Gas Company
PO Box 64
Boise, ID 83732


Lamont Hanley   Associ
1138 Elm St
Manchester, NH 03101
```

Larry and Sheila Poisson
5212 Nez Perce Rd
Caldwell, ID 83607


Lawrence Green, MD
PO Box 696
Caldwell, ID 83606


Main Street Acquisiton
2877 Paradise Rd Unit 30
Las Vegas, NV 89109


Marine Corp Finance Ct
1500 E Bannister Rd
Kansas City, MO 64131


MCM
PO Box 60578
Los Angeles, CA 90060


N.a.r. Inc
10 W Broadway Ste 610
Salt Lake City, UT 84101


Navy Exchange
3280 Virginia Beach Blvd
Virginia Beach, VA 23452


NCO
9180 W Barnes Drive
Boise, ID 83709


Nco Fin/55
Po Box 13570
Philadelphia, PA 19101

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems
10540 White Rock Rd STe 250
Rancho Cordova, CA 95670


NCO Financial Systems
10540 White Rock Rd. Ste 250
Rancho Cordova, CA 95670


NCO Financial Systems
9180 W. Barnes Dr
Boise, ID 83709


Nco/inovision-medclr
Attn: Bankruptcy
507 Prudential Rd
Horsham, PA 19044


OBGYN Associates
3520 E. Louise Dr
Meridian, ID 83642


Pacific Gas   Electric
425 Market St
San Francisco, CA 94105


Paul H Baehr, MD
425 W. Bannock St
Boise, ID 83702


Portfolio Rc
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

Prestige Financial Svc
P O Box 26707
Salt Lake City, UT 84126


Qwest
PO Box 29040
Phoenix, AZ 85038


RJM Acquisitions
575 Underhill Blvd Ste 224
Syosset, NY 11791


Sagamore Insurance
1099 N. Meridian St. Ste 700
Indianapolis, IN 46204


Saint Alphonsus Pathology
PO Box 9589
Boise, ID 83707


San Diego Auto Cr
7268 El Cajon Blvd
San Diego, CA 92115


Sentry Credit Inc
PO Box 12070
Everett, WA 98206-2070


Sheila Chaney
16948 Mountain Hill View Dr
Caldwell, ID 83607


St. Alphonsus
PO Box 99400
Louisville, KY 40269

St. Alphonsus
C/O Central Billing Office
3340 E Goldstone Drive
Meridian, ID 83642


St. Alphonsus Nampa
1643 Lewis Ave Ste. 203
Billings, MT 59102


St. Alphonsus Regional
Medical Center
PO Box 99400
Louisville, KY 40269


St. Luke's
PO Box 2578
Boise, ID 83701


Terry Reilly Health Services
PO Box 9
Nampa, ID 83653


Transworld Systems
2235 Mercury Way #275
Santa Rosa, CA 95407


Tridentasset.com
5755 N Point Pkwy
Alpharetta, GA 30022


TruGreen
2393 E. Commercial Street
Meridian, ID 83642


U S Dept Of Ed/Fisl/Sf
Po Box 4222
Iowa City, IA 52244

```
Us Dept Of Education
Po Box 5609
Greenville, TX 75403


Us Dept Of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville, TX 75403


Washington Mutual
50 2nd Street S
Nampa, ID 83651


West Asset Management
Attn: Bankruptcy
Po Box 105478
Atlanta, GA 30348


West Asset Management
2703 N Highway 75
Sherman, TX 75090


West Asset Management
2703 N. Highway 75
Sherman, TX 75090


West Valley Medical Center
PO Box 99400
Louisville, KY 40269


Wfnnb/the Avenue
Po Box 2974
Shawnee Mission, KS 66201


Worldwide Asset Purchasing
PO Box 129 Linden
Linden, MI 48451
```